**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEONARD YOUNG )<br>)<br>Defendant. )<br>_____) | Case No.:1:07-CR-259 (RJL) |

## LINE OF APPEARANCE

Please enter the appearance of Stephen J. Williams and Williams Worthy, LLC, as counsel for Defendant Leonard Young in connection with the above-captioned matter. I certify that I am admitted to practice in this Court.

Respectfully Submitted,

**WILLIAMS WORTHY, LLC**

*/s/*_____
Stephen J. Williams
Bar Number 453260
5400 Kenilworth Avenue
Riverdale, MD  20737
(301) 887-9000
*Attorney for Defendant
Leonard Young*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of October 2007, a copy of Line of

Appearance was electronically filed with notice and copies to:

Virginia Cheatham, Esquire
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC 20530

                                                          /s/_____
                                                        STEPHEN J. WILLIAMS