U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA       :

          V.       :       Case No. 07-259 (RJL)

LEONARD H. YOUNG       :

                 :

**ORDER**

FILED
OCT 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

    2. It is the __30th__ day of __October 2007__ ORDERED:

    3. That if the defendant is released on bond that he or she be accompanied on October 30, 2007 by __SA Yeager w/ HHS and SA Domroe w/ FBI__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __601 4th Street, N.W.__ for "routine processing," and that this be a condition of being released on bond;

    4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (~~U.S. Magistrate~~)    Richard J. Leon

DOJ USA-16-80

DEFENSE COUNSEL