UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07- 259 RJL |
| | : | |
| v. | : | |
| | : | FILED |
| LEONARD H. YOUNG, | : | OCT 30 2007 |
| Defendant. | : | |
| | | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, defendant Leonard H. Young agrees and stipulates as follows:

Medicaid is a health care benefit program, jointly funded by the federal government and the District of Columbia, created to provide medical assistance and other benefits for certain individuals and families, typically those with low incomes and a lack of financial resources. In the District of Columbia, the Medicaid program is administered by the Medical Assistance Administration (MAA), which is an agency within the District of Columbia's Department of Health. Medicaid is a "health care benefit program" in that it is a public plan, affecting commerce, under which medical benefits, items, and services are provided to individuals.

Under the District of Columbia's Medicaid Program ("Medicaid"), transportation is provided, if requested and the medical necessity is established, to all eligible Medicaid recipients who are seeking medical care and services covered under the program. Thus, Medicaid will pay companies to transport Medicaid recipients to medical appointments, health care services, and day treatment programs, if the transportation requests were authorized in advance, and if the transportation services were actually provided.

The defendant, Leonard H. Young, is the owner of Young Transportation, Inc. and Young Star Tours (collectively referred to as "YST). Mr. Young, or YST, is a transportation provider

with Medicaid. In 2002, Mr. Young signed D.C. Medicaid application documents as the "owner or official" and acknowledged that he understood that claims for services must be "true, accurate and correct" and any false claims "may be prosecuted under applicable federal and District laws."

At least from January 2003 to August 2007, Mr. Young, as a Medicaid provider, billed Medicaid for transportation services purportedly provided to Medicaid recipients. In response to these claims, Medicaid paid Mr. Young, or YST, with payment checks sent to Mr. Young's home address in Temple Hills, Maryland. Mr. Young endorsed the checks; most of these checks were then deposited into the Young Star Tours' bank account at M&T Bank, an account on which Mr. Young has signatory authority.

MAA conducted post-payment review of some of the claims submitted on behalf of Mr. Young or YST and learned that Mr. Young or YST billed, and Medicaid paid Mr. Young and/or YST for transportation services which were not provided. MAA, and subsequently law enforcement agents, reviewed the top fifteen Medicaid recipients whose names were most often used as the subject of purported transportation services billed by Mr. Young or YST for the period January 2003 to June 2007. MAA and law enforcement agents found that the Medicaid recipients were not always transported, as claimed, in that: they did not attend the day treatment programs on the days of the claimed transportation services; they were transported by a caseworker and not YST; they remained "in-patient" at a hospital or nursing home and did not require transportation in order to receive medical service; or they did not use the transportation service for some other reason. Despite this lack of actual service, Mr. Young and/or YST submitted and were paid for approximately 6,660 claims for transportation services that were not, in fact, provided during this time period. Using these false claims, Mr. Young and YST falsely billed Medicaid and fraudulently received $211,441.50 from Medicaid.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: _____
VIRGINIA CHEATHAM
Assistant U.S. Attorney
Bar No. 411980
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9732

**DEFENDANT'S ACCEPTANCE**

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that it is true and correct.

Date: 9-27-07                                    _____
                                                 Leonard H. Young
                                                 Defendant

I have discussed this Statement of Offense with my client. I concur with his decision to stipulate to this Statement of Offense.

Date: 9/27/07                                    _____
                                                 Denise L. Bellamy, Esq.
                                                 Attorney for the Defendant