AO 455 (Rev. 5/85) Waiver of Indictment

FILED

OCT 30 2007

# United States District Court

——————— DISTRICT OF ———————

UNITED STATES OF AMERICA
V.

Leonard Young

**WAIVER OF INDICTMENT**

CASE NUMBER 1:07-cr-259

I, _LEONARD H YOUNG_, the above named defendant, who is accused of




being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _10/30/07_ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____