+IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>     Plaintiff,          )<br>)<br>v.                                      )<br>)<br>LEONARD YOUNG            )<br>)<br>     Defendant.         )<br>_____) | Case No.:1:07-CR-259<br>Honorable Richard J. Leon |

**CONSENT MOTION FOR CONTINUANCE AND
EXTENSION TO FILE THE MEMORANDUM IN AID OF SENTENCING**

COMES NOW, Defendant Leonard Young, by and through his attorney's Stephen J. Williams, Esquire, Denise L. Bellamy, Esquire and Williams Worthy, LLP and, with consent, moves this Honorable Court to continue the Defendant's sentencing date currently set for February 15, 2008 and to extend the time to file the Memorandum in Aid of Sentencing and respectfully states the following:

1. That the Sentencing for the above-captioned matter is set for February 15, 2008. That the Memorandum in Aid of Sentencing is due to be submitted to this Court on February 8, 2008.

2. That the undersigned counsel, Stephen J. Williams, will not be available for sentencing due to an out-of-town obligation that requires his presence. Additionally, Mr. Williams' co-counsel Denise L. Bellamy will be out of the country until February 10, 2008. Additional time will be needed to complete the Memorandum as well as prepare for Mr. Young's sentencing.

3. That additionally, on or about January 23, 2008, the Federal Bureau of Investigations informed undersigned counsel that there is an additional issue they would like to resolve with the Defendant and counsel and the date for this meeting has not been scheduled yet. It will be in Mr. Young's best interest to have this issue resolved prior to sentencing.

4. That on January 28, 2008, Assistant United States Attorney, Virginia Cheatem, contacted counsel regarding a continuance of this matter as well as an extension to file the Memorandum.

5. That Ms. Cheatem consented to the request for continuance as well as to the extension to file the Memorandum.

6. That both Ms. Cheatem and Mr. Williams are available in early April. Specifically, undersigned counsel would like the Court to consider that the sentencing to be set sometime during April 1-4, 2008 or April 7-11, 2008.

7. That undersigned counsel contacted Judge Leon's chambers regarding Judge Leon's availability for sentencing on or about January 24, 2007 and was informed that he is available March 3-6, 2008 but will not be available for the remainder of the month.

8. That additionally, as a result of having the Sentencing continued, the parties request an extension to file the Memorandum in Aid of Sentencing. They request that the due date for the Memorandum be at least one week prior to sentencing as it is currently set now.

9. That to date, Mr. Young's probation period has continued without incident and no one will be prejudiced by the continuance of the sentencing and extension to file the Memorandum.

WHEREFORE, Defendant respectfully requests that this Honorable Court:

A. Continue the Sentencing to a date during April 1-4, 2008 or April 7-11, 2008 or to a an alternate date convenient to all parties;

B. Extend the time for the parties to file the Memorandum in Aid of Sentencing at least one week prior to the sentencing date;

C. And for such other and further relief as the nature of this case may require.

Respectfully Submitted,

**WILLIAMS WORTHY, LLC**

*/s/*_____
Stephen J. Williams
Bar Number 453260
5400 Kenilworth Avenue
Riverdale, MD  20737
(301) 887-9000
*Attorney for Defendant*
*Leonard Young*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January 2008, a copy of Defendant's Consent Motion for Continuance and Extension to File the Memorandum in Aid of Sentencing was electronically filed with notice and copies to:

Virginia Cheatham, Esquire
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC 20530

/s/ _____
STEPHEN J. WILLIAMS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br> Plaintiff, )<br>  )<br>v. )<br>  )<br>LEONARD YOUNG )<br>  )<br> Defendant. )<br>_____) | **Case No.:1:07-CR-259**<br>**Honorable Richard J. Leon** |

## ORDER

**UPON CONSIDERATION** of Defendant's Consent Motion for Continuance and Extension to File the Memorandum in Aid of Sentencing and lack of any opposition hereto, on this \_\_\_day of _____, 2008, it is **HEREBY**:

**ORDERED** that the Sentencing scheduled for February 15, 2008 be continued until April 1-4, 2008 or April 7-11, 2008 or to a an alternate date convenient to all parties; and it is further

**ORDERED** that the time to file the Memorandum in Aid of Sentencing be extended to at least one week prior to the sentencing date.

_____
JUDGE