UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 07-259 (RJL) |
| v. | : |
| LEONARD H. YOUNG, | : |
| Defendant. | : |

## GOVERNMENT'S MOTION TO CONTINUE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to continue the sentencing in the above-captioned case for approximately ten days after the scheduled sentencing date.

In support of its motion, the government states the following:

1. Sentencing is scheduled for April 4, 2008 at 10:30 a.m.

2. Government counsel is scheduled to resume trial before Judge Walton on April 3, 2008. The parties anticipate that the remaining witnesses will take no longer than one additional week.

3. The defendant in the above-captioned case is in the community.

4. Defense counsel have been advised of the government's request; to date, they have not indicated their position.

## CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court continue the sentencing currently scheduled for April 4, 2008 until a date, mutually convenient to the Court and parties, on or after April 14, 2008.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
VIRGINIA CHEATHAM
Assistant United States Attorney
D.C. Bar No. 411980
Virginia.cheatham@usdoj.gov
Fraud/Public Corruption
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 514-9732

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2008, that a copy of the foregoing motion and proposed order was served via ECF on counsel for the defendant, Stephen J. Williams and Denise L. Bellamy and by facsimile to Probation Officer Michael Penders.

_____
VIRGINIA CHEATHAM
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-259 (RJL) |
| | : | |
| v. | : | |
| | : | |
| **LEONARD H. YOUNG,** | : | |
| | : | |
| **Defendant.** | : | |

ORDER

This matter comes before the Court upon the government's Motion to Continue Sentencing Hearing. For the reasons stated therein, it is this ___ day of March 2008,

ORDERED that the sentencing shall be continued until April/May _____, 2008, at _____ a.m./p.m.

_____
RICHARD J. LEON,
UNITED STATES DISTRICT JUDGE

Copies to:

ECF counsel of record

Probation Officer Michael Penders.