HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**APR 2 4 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: 07-CR-259 |
| --- | --- | --- |
| vs. | : | SSN _____ |
| YOUNG, Leonard | : | Disclosure Date: January 17, 2008 |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                              _____
Prosecuting Attorney                                                      Date

### For the Defendant

(CHECK APPROPRIATE BOX)
(X) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 1-28-08         _____ 2/4/08
Defendant                  Date                  Defense Counsel          Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by January 31, 2008, to U.S. Probation Officer Michael Penders, telephone number (202) 565-1379, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer



# Young Star Tours
## CHARTER AND SIGHTSEEING
7003 TARQUIN AVENUE • TEMPLE HILLS, MD 20748
OFFICE 301-449-1615 • FAX 301-449-2797 • PAGER 202-519-

**FILED**
APR 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Young Star tours has been in operation since June 1996. The following information represents the services provided by Young Star Tours. I am confident that once you have reviewed the information carefully, we both can look forward to a rewarding business relationship. If you have any questions or concerns, please feel free to contact me.

**SCOPE OF WOK:** To provide an efficient transportation service agreement for transporting clients. The contractor will transport clients from home and to the center in the Washington Metropolitan area .

**SCHEDULING:** Scheduling of services will be requested by the agency representative when transportation is required. The contractor is required to provide transportation services in an efficient and timely manner.

**PERFORMANCE:** The contractor will provide the vehicles and drivers for transporting. Employees will meet appropriate security Clarence standards. The appearance and professionalism exhibited by the employees will exemplify the standards of excellence set by Young Star Tours. Loud talking, playing radios and horse -play is prohibited. Success in performance is measured in the quality of service provided, timeliness of service and feedback.

**LIABILITY:** The contractor is responsible for all damages to vehicles and property resulting from employee negligence. Management of contract personnel will the sole responsibility of the contractor.

I trust that Young Star Tours has met your informational need. I look forward to discussing a favorable business relationship with you.

Sincerely,

Leonard H. Young
Proprietor

MINI-BUS, VAN & 47 PASSENGER BUS(WMATC #368)

January 9, 2008

**FILED**

**APR 2 4 2008**

To Whom It May Concern:

**NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT**

Re:   Mr. Jerome Young

My name is Gaynelle Owens, and I have known Mr. Jerome Young since September, 2001. I first met Mr. Young while employed at the Psychiatric Center Chartered, Inc. located at 3005 Bladensburg Road, NE., Washington, DC 20018. Mr. Young operated a transportation service and provided said services for clients who were enrolled in the active day treatment program center. Mr. Young, at all times, provided courteous and professional services for his clientele.

I am aware, that at some point in time, Mr. Young became the target of an extortion tactic from the then Director of the program. I am aware, that other transportation providers were being given clients in a preferential manner and many of Mr. Young's clients were summarily removed from his vans. I am also aware that Mr. Young did file a grievance with the Department of Medicaid Transportation and namely with a Mr. Calvin Kearney, who was then the Director for Transportation. Mr. Young also forwarded copies of his complaint to the Washington Post, to the Mayor's Office and to Congressman Eleanor Norton Holmes protesting his unfair treatment at the hands of the Director of the Center.

Mr. Young was merely trying to preserve his livelihood and protect his right to have a business without intimidation or payola.

I would respectfully request that all of these things be taken into consideration and given full merit and credence in any dispensation of his case before the Courts.

Sincerely,

*[signature: Gaynelle Owens]*

Gaynelle Owens.

**ELEANOR HOLMES NORTON**
DISTRICT OF COLUMBIA

**COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE**
SUBCOMMITTEES:
CHAIRWOMAN
ECONOMIC DEVELOPMENT, PUBLIC BUILDINGS, AND EMERGENCY MANAGEMENT
AVIATION
WATER RESOURCES AND ENVIRONMENT



**Congress of the United States**
**House of Representatives**
**Washington, D.C. 20515**

**COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM**
SUBCOMMITTEES:
FEDERAL WORKFORCE, POSTAL SERVICE, AND DISTRICT OF COLUMBIA
* COVERS DISTRICT OF COLUMBIA ISSUES

**COMMITTEE ON HOMELAND SECURITY**
SUBCOMMITTEES:
TRANSPORTATION SECURITY, AND INVESTMENT PROTECTION
EMERGENCY COMMUNICATION, PREPAREDNESS, AND RESPONSE

April 21, 2008

**FILED**

APR 2 4 2008

NANCY MAYER WHITTINGTON, CL
U.S. DISTRICT COURT

The Honorable Richard J. Leon
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001-2802

Dear Judge:

Mr. Leonard Young was the driver who transported my daughter, who is disabled to her day program daily. I always found him to be dependable, courteous, flexible, sensitive, and trustworthy.

Sincerely Yours,

*Eleanor H. Norton*
Eleanor Holmes Norton

NATIONAL PRESS BUILDING
529 14TH STREET, N.W., SUITE 900
WASHINGTON, D.C 20045
(202) 783-5065
(202) 783-5211 (FAX)

2136 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, D.C. 20515
(202) 225-8050
(202) 225-3002 (FAX)
(202) 225-1904 (TDD)
www.house.gov/norton

2041 MARTIN L. KING AVENUE, S.E.
SUITE 300
WASHINGTON, D.C. 20020-6734
(202) 678-8900
(202) 678-8844 (FAX)

PRINTED ON RECYCLED PAPER

# PSYCHIATRIC CENTER CHARTERED, INC.
## ACTIVE DAY TREATMENT PROGRAM

Chief Executive Officer
Ellire Hall
Director
Carolyn L. Hite

Fort Lincoln Complex
3005 Bladensburg Road, NE.
Washington DC 20018
Office: (202) 832-6400
Fax: (202) 832-5595

President
Gwendolyn Upshaw Bardwell

FILED
APR 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

March 25th, 2008

To Whom It May Concern,

I've known Mr. Jerome Young since 9/2002. He has always presented himself as a gentleman. He provided transportation for some of our Consumers. He always arrived on time; as well as, picked up on time. His Consumers were really fond of him. I've never heard of any fights nor disruptions taken place on his bus. The Consumers always arrived at the Center without incident. If there are any further questions, please call.

Sincerely,

Ms. Shirley Austin, R.N.

# PSYCHIATRIC CENTER CHARTERED, INC.
## ACTIVE DAY TREATMENT PROGRAM

| | | |
|---|---|---|
| Chief Executive Officer<br>Ellire Hall<br>Director<br>Carolyn L. Hite | Fort Lincoln Complex<br>3005 Bladensburg Road, NE.<br>Washington DC 20018<br>Office: (202) 832-6400<br>Fax: (202) 832-5595 | President<br>Gwendolyn Upshaw Bardwell |

FILED

APR 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

March 25th, 2008
Re: Jerome Young

To Whom It May Concern,

This is to advise that to my knowledge Mr. Young from August 2003 until May 2007 has been bringing and picking up Consumers from Active Day Treatment (PCC).

I had observed that they were always on time and treated with dignity and respect. Mr. Young also maintained a professional posture with my staff as well as myself.

To this end, Mr. Young performed his duty admirably.

Sincerely,

Ms. Carolyn L. Hite, Director

**ELEANOR HOLMES NORTON**
DISTRICT OF COLUMBIA

**COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE**

SUBCOMMITTEES:

CHAIRWOMAN
ECONOMIC DEVELOPMENT, PUBLIC BUILDINGS, AND EMERGENCY MANAGEMENT

AVIATION

WATER RESOURCES AND ENVIRONMENT



**Congress of the United States**
**House of Representatives**
**Washington, D.C. 20515**

**COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM**

SUBCOMMITTEES:

FEDERAL WORKFORCE, POSTAL SERVICE, AND DISTRICT OF COLUMBIA

* COVERS DISTRICT OF COLUMBIA ISSUES

**COMMITTEE ON HOMELAND SECURITY**

SUBCOMMITTEES:

TRANSPORTATION SECURITY, AND INVESTMENT PROTECTION

EMERGENCY COMMUNICATION, PREPAREDNESS, AND RESPONSE

April 21, 2008

**FILED**

APR 2 4 2008

NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT

The Honorable Richard J. Leon
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001-2802

Dear Judge:

Mr. Leonard Young was the driver who transported my daughter, who is disabled to her day program daily. I always found him to be dependable, courteous, flexible, sensitive, and trustworthy.

Sincerely Yours,

*Eleanor H. Norton*

Eleanor Holmes Norton

**RECEIVED**

APR 2 2 2008

JUDGE RICHARD LEON

NATIONAL PRESS BUILDING
529 14TH STREET, N.W., SUITE 900
WASHINGTON, D C. 20045
(202) 783-5065
(202) 783-5211 (FAX)

2136 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, D.C. 20515
(202) 225-8050
(202) 225-3002 (FAX)
(202) 225-1904 (TDD)
www.house.gov/norton

2041 MARTIN L. KING AVENUE, S.E.
SUITE 300
WASHINGTON, D.C. 20020-5734
(202) 678-8900
(202) 678-8844 (FAX)

PRINTED ON RECYCLED PAPER